**Order entered March 25, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-11-01229-CV

**TOMMY HAMILTON, Appellant**

**V.**

**ISABELLA BEZZERRA, Appellee**

**On Appeal from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-08-12635**

## ORDER

Before the Court is appellant Tommy Hamilton's Second Motion and Request for Bench Warrant to Final Hearing. The motion is **DENIED**. This case is being submitted without oral argument on April 2, 2013.

/Jim Moseley/
JIM MOSELEY
PRESIDING JUSTICE